IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANNE HUDSON | ) |
| | ) |
| v. | ) NO. 3:08-0669 |
| | ) JUDGE CAMPBELL |
| AJS ASSOCIATES | ) |

ORDER

Pending before the Court is Defendant's Motion for Judgment on the Pleadings (Docket No. 21). For the reasons stated in the accompanying Memorandum, the Court is treating Defendant's Motion as a Motion to Dismiss for Lack of Subject Matter Jurisdiction and the Motion is GRANTED. Accordingly, this action is DISMISSED without prejudice.

The pretrial conference set for October 19, 2009, and the trial set for October 27, 2009, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                     _____
                                                     TODD J. CAMPBELL
                                                     UNITED STATES DISTRICT JUDGE